WILLIAM J. GEDDES
Nevada Bar No. 6984
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 115
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
*Attorney for Plaintiff Hatanpaa*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD HATANPAA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS RURAL ELECTRIC COMPANY, a Domestic Cooperative Corporation; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 1245, a foreign Trade Union; MIKE CROMIE, an individual; ZANE PETERS, an individual; KYLE MURPHY, an individual; ISMAEL RAMIREZ, an individual; DOE ENTITIES 1-50; and DOE INDIVIDUALS 1-50. <br><br> Defendants. | Case No. 3:16-cv-00005-LRH-VPC <br><br> **JOINT ENE STATUS REPORT AND PROPOSED STIPULATION TO VACATE PRE-ENE CONFERENCE** |

**I.**

**REPORT and STIPULATION**

Plaintiff EDWARD HATANPAA, and Defendants WELLS RURAL ELECTRIC COMPANY, MIKE CROMIE, ZANE PETERS, KYLE MURPHY, ISMAEL RAMIREZ, and DEFENDANT INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 1245, by and through their undersigned legal counsel of record, hereby submit this Joint Status Report, stipulating to vacate the Pre-Early Neutral Evaluation Status Conference scheduled to be held at 9:00 a.m. on August 18, 2016.  Counsel for the parties hereby certify that: (1) the parties have made initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1); (2) Plaintiff has provided a computation of damages to Defendants, pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii); and (3) the parties have conferred whether to exchange portions of their evaluation statements and, presently, have

1  decided not to do so.

3  Dated this  11th  day of August, 2016.

|  | THE GEDDES LAW FIRM, P.C. |
|--|--|
|  | _____ |
|  | WILLIAM J. GEDDES |
|  | Nevada Bar Number 6984 |
|  | 8600 Technology Way, Suite 115 |
|  | Reno, Nevada 89521 |
|  | (775) 853-9455 |
|  | will@thegeddeslawfirm.com |
|  | *Attorney for Plaintiff Hatanpaa* |

Dated this  11th  day of August, 2016.

GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.

*/s/ Electronic Signature Authorized*

_____
Gary E. Di Grazia, Esq.
David M. Stanton, Esq.
530 Idaho Street
Elko, NV 89l801
Email: gdigrazia@frontiernet.net
Email: davidstanton@frontiernet.net
*Attorneys for Defendants Wells Rural Electric Company, Mike Cromie, Zane Peters, Kyle Murphy and Ismael Ramirez*

Dated this  11th  day of August, 2016.

DAVIS GRAHAM & STUBBS LLP

*/s/ Electronic Signature Authorized*

_____
ELIZABETH HIGH
Nevada Bar Number 10082
50 West Liberty Street, Suite 950
Reno, Nevada 89501
(775) 229-4219
Elizabeth.high@dgslaw.com
*Attorneys for Defendant International Brotherhood of Electrical Workers, Local Union 1245*

## II.

## **ORDER**

THE COURT, HAVING REVIEWED THE PRECEDING REPORT and STIPULATION, and GOOD CAUSE APPEARING therefore, GRANTS the relief requested therein. IT IS HEREBY ORDERED that the Pre-Early Neutral Evaluation Status Conference in the above-captioned matter, currently scheduled to be held at 9:00 a.m. on August 18, 2016, is VACATED.

**IT IS SO ORDERED:**

DATED August 11, 2016.

*William G. Cobb*
**UNITED STATES MAGISTRATE JUDGE**