UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD HATANPAA, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS RURAL ELECTRIC COMPANY, a Domestic Cooperative Corporation; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 1245, a foreign Trade Union; MIKE CROMIE, an individual; ZANE PETERS, an individual; KYLE MURPHY, an individual; ISMAEL RAMIREZ, an individual; DOE ENTITIES 1-50; and DOE INDIVIDUALS 1-50.<br><br>　　　　　　　Defendants. | Case No. 3:16-cv-00005-LRH-VPC<br><br>**STIPULATION AND<br>ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff EDWARD HATANPAA, and Defendants WELLS RURAL ELECTRIC COMPANY, MIKE CROMIE, ZANE PETERS, KYLE MURPHY, ISMAEL RAMIREZ, and DEFENDANT INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 1245, by and through their respective attorneys of record, that the above-captioned action be dismissed, with prejudice, each party to bear its own fees and costs.

Dated this __8th__ day of November, 2016.

　　　　　　　　　　　　　　　　　　　　THE GEDDES LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM J. GEDDES
　　　　　　　　　　　　　　　　　　　　Nevada Bar Number 6984
　　　　　　　　　　　　　　　　　　　　8600 Technology Way, Suite 115
　　　　　　　　　　　　　　　　　　　　Reno, Nevada 89521
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Hatanpaa*

Dated this 8th day of November, 2016.

GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.

/s/ Electronic Signature Authorized

---

Gary E. Di Grazia, Esq.
David M. Stanton, Esq.
530 Idaho Street
Elko, NV 891801
Email: gdigrazia@frontiernet.net
Email: davidstanton@frontiernet.net
*Attorneys for Defendants Wells Rural Electric Company, Mike Cromie, Zane Peters, Kyle Murphy and Ismael Ramirez*

Dated this 8th day of November, 2016.

IBEW LOCAL UNION 1245
GENERAL COUNSEL

/s/ Electronic Signature Authorized

---

ALEXANDER PACHECO
California Bar Number 302852
30 Orange Tree Circle
Vacaville CA 95687
(707) 452-2751
ajp3@ibew1245.com
*Attorneys for Defendant International Brotherhood of Electrical Workers, Local Union 1245*

## II.

## ORDER

THE COURT, HAVING REVIEWED THE STIPULATION, and GOOD CAUSE APPEARING therefore, GRANTS the Stipulation for Dismissal. IT IS HEREBY ORDERED that the above-captioned matter is hereby DISMISSED with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED:**

DATED this 9th day of November, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE